JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO CASTANEDA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, CHAD BIANCO, in his official and individual capacity, DEPUTY GRIGGS, DEPUTY LOMELI, and DEPUTY WALTON,<br><br>　　　　Defendants. | No. 5:20-cv-1058 JAK (SHKx)<br><br>**ORDER RE STIPULATION AND JOINT REQUEST FOR ORDER DISMISSING PLAINTIFF'S CLAIMS AND ENTIRE CIVIL ACTION WITH PREJUDICE (DKT. 15)** |

　　　Based on a review of the "Stipulation and Joint Request for Order Dismissing Plaintiff's Claims and Entire Civil Action with Prejudice" (the "Stipulation" (Dkt. 15)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

　　　1.　　All of Plaintiff's claims against defendants COUNTY OF RIVERSIDE (erroneously named as both COUNTY OF RIVERSIDE and RIVERSIDE SHERIFF'S DEPARTMENT), CHAD BIANCO, DEPUTY GRIGGS, DEPUTY LOMELI, AND DEPUTY WALTON are dismissed in their entirety with prejudice.

1         2.     To the extent that plaintiff alleges any other claims against any other parties or DOES in this action, any and all such claims and causes of action are dismissed in their entirety with prejudice.

         3.     The entire action – including all claims by plaintiff against any and all defendants, DOES and/or parties thereto, and all claims against any parties to the above entitled lawsuit – is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 2, 2020                    _____
                                           John A. Kronstadt
                                           United States District Judge